■ HERBERT GERSTEN, Respondent, v IRVING Fox et al., Appellants.—Order, Supreme Court, New York County, entered December 6, 1977 granting reargument and on reargument adhering to original decision, granting plaintiff's cross motion for summary judgment and denying defendants' motion to dismiss the complaint, is unanimously modified, on the law, to the extent that plaintiff's cross motion for summary judgment is denied, and the order is otherwise affirmed, without costs and without disbursements. The appeal from the order of September 22, 1977, is dismissed as moot, without costs and disbursements. The written agreement between the parties is ambiguous; it leaves issues of fact as to the legal relationship of the parties, what would constitute performance by plaintiff and conditions entitling plaintiff to a commission, whether plaintiff's performance met such standard and conditions, and whether defendants acted in good faith. Concur—Kupferman, J. P., Silverman, Evans, Lane and Markewich, JJ.

■ In the Matter of HAROLD BAKERMAN, an Attorney.—Motion for reinstatement denied. Concur—Murphy, J. P., Silverman, Evans, Lane and Markewich, JJ.

## (June 28, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT F. CARRETTA, Appellant.—Appellant's time to perfect the appeal enlarged to the September 1978 Term, and appellant's counsel is directed to proceed pursuant to People v Saunders (52 AD2d 833). Order filed. Concur—Murphy, P. J., Birns, Silverman, Evans and Markewich, JJ.

## (June 29, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE WILSON, Appellant.—Judgment, Supreme Court, New York County, rendered on September 22, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Lupiano, Fein, Markewich and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH RUSSO, Appellant.—Judgment, Supreme Court, Bronx County, rendered on January 20, 1977, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.505. No opinion. Concur—Murphy, P. J., Birns, Silverman, Evans and Markewich, JJ.